IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Norfolk Division

FILED IN OPEN COURT

APR - 4 2024

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO. 2:18cr112 |
| | ) |
| DARWIN LOPEZ RAMOS, | ) |
| | ) |
| Defendant. | ) |

STATEMENT OF FACTS

If this matter had gone to trial, the United States would have proven Count One of the indictment beyond a reasonable doubt, by proof of the following facts, among others:

On March 6, 2014, defendant was ordered deported to Mexico by an Immigration Judge. On March 14, 2014, the defendant was deported from the United States to Mexico. Sometime thereafter, the defendant reentered the United States illegally and had failed to apply for or receive the permission of the Attorney General of the United States, or his successor, the Secretary of Homeland Security, for admission into the United States.

On January 30, 2018, the defendant was discovered in the United States. The defendant was in Eastville, Virginia, in the Eastern District of Virginia, after he had voluntarily entered the country illegally and had failed to apply for or receive the permission of the Secretary of Homeland Security, for admission into the United States.



Respectfully submitted,

Jessica D. Aber
United States Attorney

By: _____
Joseph L. Kosky
Assistant United States Attorney
Attorney for the United States
United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, Virginia 23510
Office Number (757) 441-6331
Facsimile Number (757) 441-6689
E-Mail Address - joseph.kosky@usdoj.gov

After consulting with my attorney, I hereby stipulate that the above Statement of Facts is true and accurate, and that had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

_____
DARWIN LOPEZ RAMOS
Defendant

I am Amanda Conner, DARWIN LOPEZ RAMOS's attorney. I have carefully reviewed the above Statement of Facts with him. To my knowledge, his decision to stipulate to these facts is an informed and voluntary one.

_____
Amanda Conner
Counsel for the Defendant

2