In response to your Individual Taxpayer Identification Number application

# We assigned you Individual Taxpayer Identification Number (ITIN) ▮▮▮▮ 6918

This notice confirms your assigned ITIN ▮▮▮▮ 6918.

**Keep this notice in a secure place with your other important documents.**

We'll mail back the documents you submitted with your Form W-7 application in a separate envelope. You should receive them within 60 days. If you don't receive the documents within 60 days, or if you moved since submitting your application, call us at the telephone number listed above. You can also write to us at the address listed at the top of this notice.

**Your ITIN and personal information**

| ITIN | ▮▮▮▮6918 | | |
|---|---|---|---|
| Full name | DARWIN | JOSUE | LOPEZ RAMOS |
| | First | Middle | Last |
| Date of birth | ▮▮▮▮ | | |

The IRS will use your ITIN, along with your full name and date of birth, to identify tax docume[nts], payments, and any other correspondence. Therefore, it's very important that the personal information we have for you is correct.

You don't need to respond to this notice unless your personal information is incorrect.

**What you need to do**

- Use your full name and ITIN on all correspondence with the IRS, including tax returns, tax payments and refund claims. Using an incorrect name or ITIN ma[y cause] processing delays or errors on your account.
- Use your ITIN in place of a Social Security number (SSN) when one is request[ed].